# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143005

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DAVID W. STURRUS and NANCY J. STURRUS,
      Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 143005
COA: 295403
Ct of Claims: 09-000014-MT

_____/

      On order of the Court, the application for leave to appeal the February 8, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

t0319